# 60736

FILED
2010 AUG 10 PM 12: 27


## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## CANTON DIVISION

| In the matter of: | Case No. 09-65272 |
|---|---|
| MAGARY, GARY F. | Chapter 7 |
|  | Judge RUSS KENDIG |
| Debtor. | DIVIDENDS LESS THAN $5.00 |

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has combined dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No <u>105</u> in the amount of $<u>3.68</u>.

The dividend relates to the following claimant:

| Claimant | Amount |
|---|---|
| PNC Bank<br>P.O. Box 94982<br>Cleveland, OH 44101 | $ 3.68 |
| Total: | $ 3.68 |

/s/ MICHAEL V DEMCZYK
MICHAEL V DEMCZYK, Trustee, (#0018863)
12370 CLEVELAND AVENUE, NW
P O BOX 867
UNIONTOWN, OH 44685
Telephone: (330) 699-6703
Facsimile: (330) 699-4803

*McNamara, Demczyk
& DeHaven Co., L.P.A.
Attorneys and Counselors at Law
12370 Cleveland Avenue, N.W.
Post Office Box 867
Uniontown, Ohio 44685-0867*